1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  DORIAN SMITH and SAMUEL SMITH,

10          Plaintiffs,                              No. C 12-01073 JSW

11     v.

12  OAKLAND ATHLETIC LEAGUE and            **ORDER DENYING**
    OAKLAND SCHOOL DISTRICT,               **APPLICATIONS TO PROCEED** *IN*
13                                         *FORMA PAUPERIS* **AND**
           Defendants.                     **DISMISSING COMPLAINT WITH**
14                                         **LEAVE TO AMEND**
    _____/

15

16          The Court has received Plaintiffs' complaint, motion for injunction and temporary

17  restraining order, and applications to proceed *in forma pauperis*, all filed with this Court on

18  March 2, 2011.  The Court may authorize a plaintiff to file an action in federal court without

19  prepayment of fees or security if the plaintiff submits an affidavit showing that he or she is

20  unable to pay such fees or give security therefor.  28 U.S.C. § 1915(a).  The *in forma pauperis*

21  statute also provides that the Court shall dismiss the case if at any time the Court determines

22  that the allegation of poverty is untrue, or that the action (1) is frivolous or malicious; (2) fails

23  to state a claim on which relief may be granted; or (3) seeks monetary relief against a defendant

24  who is immune from such relief.  28 U.S.C. § 1915(e)(2).

25          In this instance, Plaintiff has failed to set forth "a short and plain statement of the claim

26  showing that the pleader is entitled to relief" as required by Rule 8 of the Federal Rules of Civil

27  Procedure and fails to state a claim upon which relief may be granted.  Although the Complaint

28  alludes to 42 U.S.C. § 2000d-6 which prohibits segregation by race in schools and local

**United States District Court**
For the Northern District of California

1  educational agencies, there are no facts to support an allegation that plaintiff Dorian Smith was

2  subjected to unlawful discrimination by virtue of a decision by one or more of the named

3  defendants not to allow him to play in an after school basketball activity.

4      Accordingly, the Court HEREBY DISMISSES the complaint with leave to amend and

5  DENIES the applications to proceed *in forma pauperis*.[1]  If Plaintiffs wish to pursue this action,

6  they must file an amended complaint by no later than **April 6, 2012**.  Failure to file a cognizable

7  legal claim by this date shall result in dismissal of this action with prejudice.  The Court advises

8  Plaintiffs that a Handbook for Pro Se Litigants, which contains helpful information about

9  proceeding without an attorney, is available through the Court's website or in the Clerk's office.

10 The Court also advises Plaintiffs that additional assistance may be available by making an

11 appointment with the Legal Help Center, which is located at 450 Golden Gate Avenue, 15th

12 Floor, Room 2796, San Francisco, California, 94102.

13     **IT IS SO ORDERED.**

14 Dated:  March 6, 2012                                      _____

15                                                            JEFFREY S. WHITE
                                                            UNITED STATES DISTRICT JUDGE

16

17  ─────────────────────

18  [1] It is also unclear from the submissions the age of Plaintiff Dorian Smith,
    considering that the complaint alleges that he has yet to complete high school.  Federal Rule
19  of Civil Procedure 17 applies to the capacity to sue.  *See* Fed. R. Civ. P. 17.  State law should
    be applied to determine capacity to sue.  Fed. R. Civ. P. 17(b).  In California, a minor must
20  be represented by a guardian *ad litem* in court proceedings.  Cal. Code of Civ. Proc. § 372(a).
    If the minor is a plaintiff in a cause of action then a guardian *ad litem* must be appointed
21  before issuance of the summons.  Cal. Code of Civ. Proc. § 373(a).
        "A court has broad discretion in ruling on a guardian *ad litem* application."  *Williams*
22  *v. Superior Court of San Diego*, 147 Cal. App. 4th 36, 47 (2007) (*citing In re Emily R.*, 80
    Cal. App. 4th 1344, 1356 (2000)).  When there is no conflict of interest, the guardian *ad*
23  *litem* appointment is usually made on *ex parte* application and involves minimal exercise of
    discretion by the trial court.  *In re Marriage of Caballero*, 27 Cal. App. 4th 1139, 1149
24  (1994).
        The guardian *ad litem*'s main focus is the best interests of the minor.  *Briggs v.*
25  *Briggs*, 160 Cal. App. 2d 312, 319 (1958).  The guardian *ad litem* is an officer of the court
    with the right to control the minor's litigation.  *De Los Santos v. Superior Court of Los*
26  *Angeles*, 27 Cal. 3d 677, 683-84 (1980).  "The guardian *ad litem*'s role is more than an
    attorney's but less than a party's."  *In re Josiah Z.*, 36 Cal. 4th 664, 678 (2005).  When
27  choosing a guardian *ad litem* for a civil lawsuit, the most important issue is protection of the
    minor's interest in the litigation.  *Williams*, 147 Cal. App. 4th at 47.
28      However, because a minor cannot represent himself, in order to file a proper amended
    complaint on his son's behalf, Plaintiff Samuel Smith must file an application to proceed as a
    guardian *ad litem*.  *See* Cal Code Civ. Proc. § 373(a).

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SMITH et al,

        Plaintiff,

  v.

OAKLAND ATHLETIC LEAGUE et al,

        Defendant.

_____/

Case Number: CV12-01073 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dorian Smith
2341 90th Ave. #19
Oakland, CA 94603

Samuel Smith
2341 90th Ave. #19
Oakland, CA 94603

Dated: March 6, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California