IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN SMITH and SAMUEL SMITH, | |
| Plaintiffs, | No. C 12-01073 JSW |
| v. | |
| OAKLAND ATHLETIC LEAGUE and OAKLAND SCHOOL DISTRICT, | **ORDER OF DISMISSAL** |
| Defendants. | |

On March 6, 2012, this Court issued an order denying Plaintiffs' applications to proceed *in forma pauperis* and dismissing the complaint for failure to set forth "a short and plain statement of the claim showing that the pleader is entitled to relief" as required by Rule 8 of the Federal Rules of Civil Procedure. The Court, however, granted Plaintiffs leave to amend the complaint by no later than April 6, 2012. The Court admonished that failure to file a cognizable legal claim by that date would result in dismissal of this action with prejudice.

Having received no amended complaint, this case is DISMISSED. A separate judgment shall issue and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: January 9, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SMITH et al,

    Plaintiff,

v.

OAKLAND ATHLETIC LEAGUE et al,

    Defendant.

Case Number: CV12-01073 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dorian Smith
Samuel Smith
2341 90th Ave. #19
Oakland, CA 94603

Dated: January 9, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2